UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No.: 1:**24-cv-02397-KPF**

| | |
|---|---|
| **Samuel Lopez**,<br>         Plaintiff,<br>vs.<br><br>**139 Essex Street LLC,** and<br>**Patacon Pisao Les. Corp**,<br>         Defendants. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AGAINST DEFENDANT, PATACON PISAO LES CORP** |

Pursuant to F.R.C.P. 41(a)(1)(i), the Plaintiff, by and through undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, *without prejudice*, against Defendant Patacon Pisao Les. Corp..

Dated: January 30, 2025.

s/Maria Costanza Barducci
Maria-Costanza Barducci (Bar No. 5070487)
   *Attorney for Plaintiff*
BARDUCCI LAW FIRM, PLLC
5 West 19th Street, 10th Floor
New York, New York 10011
(212) 433-2554
MC@BarducciLaw.com
